JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
JASON R. MAIER, ESQ.
Nevada Bar No. 8557
DANIELLE J. BARRAZA, ESQ.
Nevada Bar No. 13822
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: 702.629.7900
Facsimile: 702.629.7925
E-mail: jag@mgalaw.com
jrm@mgalaw.com
djb@mgalaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINE WHITE, individually and as heir of the Estate of Gregory Joseph Roy White,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, an agency and/or political subdivision of the STATE OF NEVADA; JACK & TERRY MANNION MIDDLE SCHOOL, an agency and/or political subdivision of the STATE OF NEVADA; DEAN MISTY HARGRAVES, in her individual and official capacity as Dean at JACK & TERRY MANNION MIDDLE SCHOOL; DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00385-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS COMPLAINT [ECF NO. 4]** |

It is hereby **STIPULATED AND AGREED** between Plaintiff Christine White ("Plaintiff") and Defendants, by and through their undersigned counsel, that Plaintiff will have additional time to file her response to Defendants' motion to dismiss filed on March 9, 2018 [ECF No. 4]. Under FRCP and the local rules, Plaintiff's response is currently due March 23, 2018, and this extension was

1

requested by Plaintiff's counsel, who needed additional time to review the motion and prepare a thorough response.

The parties have agreed to request Court approval of Plaintiff's response time to and including **March 30, 2018**. This is the first request for an extension of time to file a response, and this extension is made in good faith and will not unduly delay this matter in any way.

| | |
|---|---|
| DATED this 21st day of March, 2018. | DATED this 21st day of March, 2018. |
| MAIER GUTIERREZ & ASSOCIATES | GREENBERG TRAURIG, LLP |
| __/s/ Danielle J. Barraza_____ | __/s/ Whitney Welch-Kirmse_____ |
| JOSEPH A. GUTIERREZ, ESQ. | MARK E. FERRARIO, ESQ. |
| Nevada Bar No. 9046 | Nevada Bar No. 1625 |
| JASON R. MAIER, ESQ. | KARA B. HENDRICKS, ESQ. |
| Nevada Bar No. 8557 | Nevada Bar No. 7743 |
| DANIELLE J. BARRAZA, ESQ. | TAMI D. COWDEN |
| Nevada Bar No. 13822 | Nevaa Bar No. 8994 |
| 8816 Spanish Ridge Avenue | WHITNEY WELCH-KIRMSE |
| Las Vegas, NV 89148 | Nevada Bar No. 12129 |
| *Counsel for Plaintiff* | 3773 Howard Hughes Parkway, Suite 400 N |
| | Las Vegas, NV 89169 |
| | *Counsel for Defendants* |

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Court

DATED this 26th day of March, 2018.